JS-6

1  NICOLA T. HANNA
   United States Attorney
2  DAVID M. HARRIS
3  Assistant United States Attorney
   Chief, Civil Division
4  CEDINA M. KIM
5  Assistant United States Attorney
   Senior Trial Attorney, Civil Division
6  PAUL SACHELARI, CSBN 230082
7  Special Assistant United States Attorney
8        Social Security Administration
         160 Spear St., Suite 800
9        San Francisco, CA  94105
10       Telephone: (415) 977-8933
         Facsimile: (415) 744-0134
11       Email: paul.sachelari@ssa.gov
12 Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| ADRIAN MORIEL,<br><br>　　Plaintiff,<br><br>　　　v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>　　Defendant. | No. 8:20-cv-00865-PLA<br><br>**JUDGMENT OF REMAND** |

　　The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation of Remand") lodged concurrent with the lodging of the within Judgment of Remand.

　　IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further

///

///

proceedings consistent with the Stipulation of Remand.

DATED: December 15, 2020

/s/ Paul L. Abrams

HON. PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE